## Reynolds Street Sewer (No. 2).

OPINION BY HENDERSON, J., October 7, 1907:

The appellants own property affected by a sewer constructed by the city of Pittsburg on Reynolds street and other intersecting streets as provided for in an ordinance approved October 2, 1900. The present appeal was heard in connection with that of Joseph Woodwell at No. 5, April Term, 1907, in which an opinion has this day been filed, ante, p. 209. The conclusion in that case was adverse to the appellant's contention. For the reasons there given the assignments in this case are overruled and the decree affirmed.

## Reynolds Street Sewer (No. 3).

OPINON BY HENDERSON, J., October 7, 1907:

The appellants own property affected by a sewer constructed by the city of Pittsburg on Reynolds street and other intersecting streets as provided for in an ordinance approved October 2, 1900. The present appeal was heard in connection with that of Joseph Woodwell at No. 5, April Term, 1907, in which an opinion has this day been filed, ante, p. 209. The conclusion in that case was adverse to the appellant's contention. For the reasons there given the assignments in this case are overruled and the decree affirmed.

## Throckmorton v. Thompson, Appellant.

*Wills—Construction of—Devise—Fee simple—Estates—Life estate—Rules of construction.*

When a devise is of a fee absolute in the first instance, and the gift is immediate, words of survivorship will be referred to the death of testator, and not to death generally, whenever it may happen.

The construction of a will will be in favor of the first rather than of